General Complaint Form for Pro Se Litigants

FILED
2011 JUN 16 P 12: 45
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

William Gregory Whitson

CV-11-P-2129-J

(Enter above the full names(s) of the plaintiff(s) in this action.)

vs.

The Housing Authority of the City of Fayette
Deborah Carhan

(Enter above the full name(s) of the defendant(s) in this action.)

1. At all times hereinafter mentioned, plaintiff was and still is a resident of Fayette County, Alabama. Plaintiff resides at 807 12th Street S.W. Fayette Co., Alabama 35555.

2. Defendant Deborah Carhan & The City of Fayette is a corporation incorporated under the laws of Alabama and has a main office at The Housing Authority of the City of Fayette and is licensed to do business in Fayette Co., Alabama. Defendant's official business address is P.O. Box 266 Fayette, Alabama 35555.

**OR**

Defendant _____

is a United States government agency.

**OR**

Defendant _____

is a state agency.

**OR**

Defendant _____ is a resident of

_____. Defendant resides at _____

_____.

3. The jurisdiction of this court is invoked pursuant to _Slander_____

_____. (List statutes.)

4. Statement of Claim

State here, as briefly as possible the **FACTS** of your case. Describe how each defendant is involved. Include, also the names of other persons involved, dates and places. Do not give any legal arguments. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

Argument one: I never caught a drug charge in the Housing Projects under my old name or my new one. Argument two: My name is not William Gregory Lee Whitson, my social is not ⸺ ⸺ ⸺, & I was never arrested in the housing projects for having a

2

9 milimeter pistol.

5. Relief

State briefly exactly what you want the court to do for you. Do not make legal arguments.

I would like to be compensated for defimation of character

6-14-2011
Date

Signature of Plaintiff
William Gregory Whitson

205-270-0354
Telephone Number

William Gregory Whitson
Name (Please Print)

807 12th Street S.W.
Street Address

FAX Number (If Available)

Fayette, Alabama   35555
City, State              Zip Code

3

NOTE: Pro se litigants must keep the Clerk of the Court informed of their correct address and telephone number during the entire lawsuit. Failure to do so is grounds for dismissal of the case.

## OPTIONAL REQUEST FOR SERVICE OF PROCESS BY CLERK

Plaintiffs who have paid the filing fee may request the Clerk of Court to perfect service of process by certified mail by indicating below. Plaintiffs must provide service copies of the complaint, prepared summonses and pre-paid envelopes made returnable to the Clerk of Court.

NOTE: Certified mail service by the Clerk of Court on federal defendants is NOT AN OPTION for plaintiffs who pay the filing fee.

_____
Signature of Plaintiff

Dated:_____

7/14/06

4

RECEIVED
'11 JUN 16 P 12:45
U.S. DISTRICT COURT
N.D. OF ALA

# The Housing Authority of the City of Fayette
P.O. Box 266
Fayette, Alabama 35555



*Executive Director*
*Deborah Barham*

*Commissioners:*
*Chairman: J.P Garrison, Jr.*
*Vice Chairman: Buster Howton*
*David Logan*
*Laurie Finley*
*Reneice Bellamy*

May 11, 2011

Lavon Watson
Apt. 7-A
407 7th St. SW
Fayette, Alabama 35555

RE: **Notice Trespass Violation**

Dear Lavon Watson:

This has been reported by staff as well as tenants, as confirmation, that Greg Whitson (Lee) is staying at your apartment. He has been seen going in and out apartment and sitting on the porch after our office closes for the day. You denied this fact to my face in the office when I talked to you about this situation before when you lived in 13-B.

This is your FINAL warning regarding the Trespass violation. If you do not want to find another home I strongly advise you to have Greg Whitson Lee leave permanently. The decision is up to you now. Greg Whitson's whereabouts has been reported to the police.

Thank you for your cooperation; it is expected.

Sincerely,

*Deborah Barham*

Deborah Barham
Executive Director

May 4, 2011

# The Housing Authority of the City of Fayette, Alabama

## Notice Concerning "Trespass List"

**This is an updated list of persons on the "Trespass List."** In order to help provide a safe environment for Fayette Housing Authority residents, our public housing agency is committed to regulate and prohibit trespassing on housing authority property by non-tenants and/or former tenants who have been placed on the no trespassing list. The Housing Authority of the City of Fayette is releasing the following names of all persons currently listed on the "Trespass List" and the nature of the notice. If person(s) on this list are seen or allowed at your apartment (inside or outside) the tenant will be evicted for violating the lease agreement concerning Trespassing. You have been officially notified as required by the HUD Dwelling Lease.

| | |
|---|---|
| Kenneth R. Finch- Harassment/Disturbances | Bobby Smith-Assault/Disturbances |
| Claudie Thompson, Jr. - Drugs | Marvin E. Branyon-Assault |
| Demetrius (Dee) Walker-Drugs | Emmanuel Charles Cochran- Drugs |
| Clifford Hill- Assault | Tim Walker-Drugs – Trespass Reinstated |
| Carlos Enis- Burglary/Threaten w/ weapon | David Kimbrell, Jr. - Drugs |
| Thomas Johnson-Drugs | James Watkins I-Drugs |
| Randall Keith Nalls-Drugs | James Watkins II- Drugs |
| Jermaine Nalls- Drugs | ████████████ |
| Leavi Michael Nietubiez- Assault/Firearm | Clifton Sonny Williams- Drugs |
| Felix Robinson- Assault/Theft | Thomas B. Wilson-Drugs, Assault w/ weapon |
| Floyd Rodgers, Jr. - Illegal Firearms | Billy Gene Kennedy - Drugs |
| Kenneth Ray "Rudy" Fluker- Drugs | Christopher "Chris" Nalls - Burglary |
| William "Tiger" Blackburn-Drugs | Melissa Daniels Watkins- Trespass Reinstated |
| Thomas Stallworth- Criminal Mischief /condition of bond | |

**SOLICITATION, TRESPASSING AND EXCULSION OF NON-TENANTS**
Under Section XIX(B) your dwelling lease ban guests, 1)who conduct themselves in a manner that disturbs other Tenants peaceful enjoyment of their accommodations, community facilities, or other areas of the Landlord property, 2) who engages in illegal activity that threatens the health and safety of other tenants, 3) who engage (take part) in criminal or drug related activity, 4) who engage in illegal use of firearms, 5) who engage in defacing (destroying), removing Landlord equipment , any part of the buildings, vehicles, etc., 6) who intentionally violate necessary rules, regulations, policies, and procedures set forth by the Landlord. Under Section IV(II) Tenant agrees that any person who is under a "trespass" notice will not be allowed in or near the dwelling unit after the notice to the tenant of the person's name and nature of trespass notice.

*Thank you for your cooperation. As the list is updated (names dropped or added) the office will notify you.*

4